IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00284-WYD-PAC

ALLEN ISAAC FISTELL,

    Plaintiff,

v.

GARY NEET, Superintendent, FCF;
CHARLES OLIN, Mental Health, FCF;
LT. BRADFORD, FCF, CH-4;
RICHARD LINNS, Mental Health, FCF;
RICK MARTINEZ, Case Manager, III, FCF;
NARD CLAAR, Associate Superintendent, FCF;
COLORADO DEPARTMENT OF CORRECTIONS;
 c/o CHARLENE CORDO, CH-4 FCF,

    Defendants.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that plaintiff's Motion to Continue Dispositive Motions Deadline [filed October 21, 2005], [Doc. # 54], is **DENIED AS MOOT**. The court already granted an extension until on or before **December 6, 2005** for the parties to file their dispositive motions. On May 23, 2005, plaintiff filed [doc. # 27] a Motion for Leave to Have Advisory Assistance. The scheduling conference was held June 2, 2005, so this motion is **DENIED AS MOOT**.

Dated: October 26, 2005

_____