IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-284-WYD-PAC

ALLEN ISAAC FISTELL,

  Plaintiff(s),

v.

GARY NEET, Superintendent, F.C.F.;
CHARLES OLIN, Mental Health, F.C.F.;
LT. BRADFORD, F.C.F., CH-4;
RICHARD LINNS, Mental Health, F.C.F.;
RICK MARTINEZ, Case Manager III, F.C.F.;
NARD CLAAR, Associate Superintendent, F.C.F.;
COLORADO DEPARTMENT OF CORRECTIONS;
c/o CHARLENE CORDO, CH-4, F.C.F.; and
JOSEPH ORTIZ, Executive Director, C.D.O.C.,

  Defendant(s).

**ORDER**

THIS MATTER is before the Court on review of the file.  On August 8, 2005, Defendants Olin, Bradford, Linns, Ortiz, Colorado Department of Corrections ("CDOC") and Cordo (collectively, the "CDOC Defendants"), filed a Motion to Dismiss, which was referred to Magistrate Judge Coan for Recommendation.  On November 23, 2005, the CDOC Defendants and Defendant Neet, filed a Motion for Summary Judgment, which was also referred to Magistrate Judge Coan for Recommendation.  The issues raised in the Motion to Dismiss are also raised in the Motion for Summary Judgment.  The Motion for Summary Judgment is now the operative motion before the Court.  Therefore, it is hereby

ORDERED that the CDOC's Motion to Dismiss, filed August 8, 2005 (docket #44) is **DENIED AS MOOT**.

Dated: January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge